John F. McGinley Jr., Esq.
Chapter 11 Trustee
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, Virginia 22314
Tel: (571) 970-5426
Fax: (571) 970-6333
jmacjrlaw@aol.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| Diane Cheryl Spreadbury, | ) Case No. 08-14288-BFK |
| | ) Chapter 11 |
| Debtor | ) |
| | ) |

### NOTICE OF ABANDONMENT
### PURSUANT TO 11 U.S.C. §554 AND FED. R. BANKR. P. 6007

Pursuant to 11 U.S.C. §554 and Federal Rule of Bankruptcy Procedure 6007, John F. McGinley Jr., the Chapter 11 Trustee for the above-captioned Debtor, hereby abandons the interest of the estate in certain furs, and jewelry which had been sold or transferred prior to the filing of this case, or was owned by third parties other than Debtor, and in which Debtor claimed no interest (the "Abandoned Personal Property"), listed in Exhibit 1 attached hereto.

The Trustee seeks to abandon the property because he has determined that it is of no value, inconsequential value and/or burdensome to the estate.

Unless objections to the proposed abandonment are filed with the United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22314, and served on the Trustee's undersigned counsel by **no later than September 30, 2011**, the items of property listed (personal property) will be abandoned in accordance with 11 U.S.C. §554, and without further Order of the Court.

RESPECTFULLY SUBMITTED,
JOHN F. MCGINLEY JR., TRUSTEE

/S/      John F. McGinley, Jr.
John F. McGinley, Jr.
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, VA 22314
Tel: 571.970.5426
Fax: 571.970.6333
Email jmacjrlaw@aol.com
Counsel for Chapter 11 Trustee

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Abandonment was sent by U.S. Mail, first class postage prepaid, on the 14th day of September, 2011 to the parties on the attached Service List and via Notice of Electronic Filing pursuant to the applicable standing Order, where noted on the list, and to Counsel for the Debtor and the Office of the U.S. Trustee.

/S/ John F. McGinley Jr.
Counsel to Chapter 11 Trustee

Schedule B – Addendum
Debtor: Diane C. Spreadbury
Case No. 08-14288-SSM

## 7. Furs and Jewelry[1]

Appraised

| Description of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|
|  |  | $21,400.00 |
| Bracelet |  | $400.00 |
| Hoop Earrings |  | $900.00 |
| Circle Pin with Diamond |  | $1,500.00 |
| Diamond Stud Earrings |  | $1,500.00 |
| Portugese Ring |  | $3,300.00 |
| Charm Bracelet |  | $800.00 |
| Pearls |  | $800.00 |
| Pearls |  | $2,500.00 |
| Pearls |  | $1,300.00 |
| Pearl Studs |  | $1,800.00 |
| Opal Studs |  | $1,100.00 |
| Ivory Deer Pin Set in Gold |  | $800.00 |
| Stick Pin |  | $600.00 |
| Gold Pin with Diamonds |  | $1,300.00 |
| Amethyst and Diamond Ring |  | $1,000.00 |
| Pearls |  | $500.00 |
| Bracelet |  | $1,300.00 |
| Bracelet |  | $1,000.00 |
| Link Bracelet |  | $1,000.00 |
| Scrab Bracelet |  | $300.00 |
| Gold Circle Pin |  | $500.00 |
| Horse Necklace |  | $300.00 |
| Knot Earrings |  | $300.00 |
| Knot Ring |  | $500.00 |
| Knot Earrings |  | $600.00 |
| Chain Necklace with tiny Diamonds |  | $400.00 |
| Tiny Opal Earrings |  | $400.00 |
| Tiny Opal Earrings |  | $400.00 |
| White Gold Ring |  |  |

[1] The Debtor does not claim an interest in the property listed above. The Circuit Court of Fauquier County has issued a Letter Opinion concluding that the property listed above is subject to Equitable Distribution in the Debtor's divorce proceeding. The Debtor contests the Circuit Court's ruling.

\8677712.2

| Item | Value |
|---|---|
| | $600.00 |
| Fox Head Pin | $400.00 |
| Baby Pin | $300.00 |
| Circle Pin | $900.00 |
| Rams Head Ring | $700.00 |
| Heart Necklace | $500.00 |
| School Signet Ring | $700.00 |
| Stirrup Bracelet | $300.00 |
| Small Signet Ring | $700.00 |
| Bangle Bracelet | $900.00 |
| Sapphire/Diamond Ring | $500.00 |
| Pearl Stick Pin | $1,500.00 |
| Oriental Motif Bracelet | $800.00 |
| S Chain | $500.00 |
| Pansy Earrings | $600.00 |
| Cameo | $700.00 |
| Cameo | $1,100.00 |
| Gold Cufflinks | $600.00 |
| Bracelet with Opal | $400.00 |
| Signet Ring | $400.00 |
| Hoop Earrings with Topaz | $700.00 |
| Pearl Studs | $24,800.00 |
| Diamond Ring | $3,500.00 |
| Diamond Band | $4,100.00 |
| Diamond/Emerald Band | $4,100.00 |
| Charm Bracelet | $4,100.00 |
| Gold Watch | $800.00 |
| Yawl Earrings | $4,800.00 |
| Charm Bracelet | $700.00 |
| Horse Pin | $800.00 |
| Nantucket Bracelet Charm | $900.00 |
| Fox Pin | $600.00 |
| Ring | $1,000.00 |
| Diamond Earrings | $1,300.00 |
| Charm Bracelet | $575.00 |
| Rose Pin | $425.00 |
| Rose Ring | $400.00 |
| Ring | $375.00 |
| Pansy Ring | $2,250.00 |
| Earrings | $375.00 |
| Fox Scarf Pin | $750.00 |
| Scarab Pin | $2,300.00 |
| Antique Ring | |
| College Necklace & Nantucket Basket Earrings | $1,075.00 |
| Pearls | $750.00 |
| Dolphin Earrings | $1,200.00 |

\8677712.2

Schedule B – Addendum
Debtor: Diane C. Spreadbury
Case No. 08-14288-SSM

| | | |
|---|---|---|
| Fox Pin | | $3,800.00 |
| Pointer Pin | | $400.00 |
| Ruby Bow Pin | | $2,750.00 |
| Onyx Ring | | $900.00 |
| Ring | | $900.00 |
| Pansy Pin | | $1,000.00 |
| Mink Coat | | $0.00 |
| | Total: | $134,025.00 |

\8677712.2

**VIA CM/ECF:**

Jack Frankel
Office of the US Trustee
115 South Union Street, Suite 210
Alexandria, VA 22314

US Trustee
W. Clarkson McDow, Jr.
115 South Union Street
Alexandria, VA 22314

Valley Drilling Corporation of Virginia
c/o Alan Rosenblum
Post Office Box 320039
Alexandria, VA 22320

Gregory H. Counts
Tyler, Bartl, Ramsdell & Counts, PLC
700 S. Washington St., Suite 216
Alexandria, Virginia 22314
Counsel for Peter E. Spreadbury

Tyler B. Jones
Brice Vander Linden & Wernick
9441 LBJ Freeway, Suite 250
Dallas, TX 75243
Counsel for Washington Mutual Bank

J. Carlton Howard, Esq.
Ritzert & Leyton, P.C.
11350 Random Hills Rd., #400
Fairfax, VA 22030

**VIA FIRST CLASS MAIL:**

American Express Centurion Bank
c/o Becket and Lee LLP
Post Office Box 3001
Malvern, PA 19355-0701

Lee D. Caney
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

Montie Gibson
P.O. Box 2204
Middleburg, VA 20118

Recovery Management Systems Corporation
25 SE 2nd Avenue
Suite 1120
Miami, FL 33131

Washington Mutual Bank
7255 Baymeadows Way
Mail Stop JaxB2007
Jacksonville, FL 32256

Evan Wile
Post Office Box 101
Weston, MA 02493

American Express
Post Office Box 7863
Ft. Lauderdale, FL 33329-7863

Paul Morrison, Esq.
Howard Morrison Ross & Whelan
31 Garrett Street
Warrenton, VA 20186

MWG Construction
P.O. Box 2204
Middleburg, VA 20118

Quarles Energy Services
9683 James Madison Highway
Warrenton, VA 20817

Northern Virginia Equine
Stephen E. O'Grady, DVM
Post Office Box 746
Marshall, VA 20115

United Mileage Visa
Post Office Box 15153
Wilmington, DE 19886

Fauquier County Treasurer
Post Office Box 677
Warrenton, VA 20188-0677

Chase Records Center
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203

Brooks Brothers
Master Card
Post Office Box 960013
Orlando, FL 32896-0013

Valley Drilling Corporation of Virginia
9172 John S. Mosby Highway
Upperville, VA 20184-1723

Office of US Attorney
Robert K. Coulter
Assistant US Attorney
2100 Jamieson Avenue
Alexandria, VA 22314-5702

MCI
Post Office Box 650355
Dallas, TX 75265

Verizon
Post Office Box 660720
Dallas, TX 75266-0720

Virginia Department of Taxation
Legal Unit
Post Office Box 2156
Richmond, VA 23218-2156

Internal Revenue Service
Insolvency Unit
Post Office Box 21126
Philadelphia, PA 19114