# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| DIANE CHERYL SPREADBURY, | ) | Case No. 08-14288-BFK |
| | ) | |
| Debtor(s) | ) | Judge Brian F. Kenney |

## OBJECTION OF PETER SPREADBURY TO CHAPTER 11 TRUSTEE'S NOTICES OF ABANDONMENT

Peter Spreadbury notes his objections to the two Notices of Abandonment filed by the Chapter 11 Trustee on September 14, 2011. The Trustee filed his first Notice with respect to the Schedule C property that Debtor claimed as exempt. The Trustee filed his second Notice with respect to the list of jewelry and furs filed by Debtor as part of her Schedule B assets. Peter Spreadbury asserts that the Trustee should further investigate whether the assets in question are available or can be made available for payment to the creditors of the Bankruptcy Estate.

Date: September 30, 2011                                             PETER SPREADBURY

By Counsel

/s/ J. Carlton Howard, Jr.
J. Carlton Howard, Jr.  VSB #22109
Ritzert & Leyton, P.C.
11350 Random Hills Road, Suite 400
Fairfax, Virginia 22030
(703) 934-2660 (p)
(703) 934-9840 (f)
choward@ritzert-leyton.com

Counsel for Peter Spreadbury

## CERTIFICATE OF SERVICE

      I certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system and will then send a notification of such filing (NEF) to the following this September 30, 2011:

John F. McGinley, Jr., Esq., Ch. 11 Trustee
McGinley, Elsberg & Hutchinson, PLC
627 South Washington Street
Alexandria, Virginia 22314
jmacjrlaw@aol.com

Kenneth Michael Misken
Special Counsel to the Ch. 11 Trustee
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102
kmisken@mcguirewoods.com

Karen M. Kennedy
P.O. Box 2215
Middleburg, Virginia 20118
kkmiddleburg@aol.com

United States Trustee, Region 4
Attn: Jack I. Frankel
115 South Union Street, Suite 210
Alexandria, Virginia 22314

    /s/
    J. Carlton Howard, Jr., VA Bar No. 22109
    Ritzert & Leyton, P.C.
    11350 Random Hills Road, Suite 400
    Fairfax, Virginia 22030
    Tel: (703) 934-2660
    choward@ritzert-leyton.com
    Counsel for Peter E. Spreadbury