**OBJECTION DEADLINE: October 14, 2011**
**HEARING DATE: October 18, 2011**

John McGinley, Jr., Esq.
McGinley, Elsberg & Hutcheson, P.L.C.
627 South Washington Street
Alexandria, VA 22314
Tel: 571.970.5426
Fax: 571.970.6333
Email: jmacjrlaw@aol.com

*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | |
|    Diane Cheryl Spreadbury, ) | Case No. 08-14288-BFK |
| ) | Chapter 11 |
|              Debtor. ) | |
| _____ ) | |

**NOTICE OF HEARING ON REQUEST BY THE CHAPTER 11 TRUSTEE TO SELL JOINT PERSONAL PROPERTY AND TO REDUCE NOTICE TIME FOR SAME**

    **PLEASE TAKE NOTICE** that on October 3, 2011, the Chapter 11 Trustee filed his proposed Motion To Sell Joint Personal Property under Section 363 and his Motion To Reduce Time for Notice of that Motion in this matter.

    <u>**Your rights may be affected**</u>.  **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**  Under Local Bankruptcy Rule 9013-1, unless a written response to the Application is filed with the Clerk of the Court and served on the moving party and the trustee within three (3) business days before the scheduled hearing date, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing. If you do not want the Court to grant the relief requested in the Application, or if you want the Court to consider your views on the Application, then you or your attorney must:

      [x]    File with the Court, either electronically or at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1(H).  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive it** on or before the date stated above.

      Clerk of the Court
      United States Bankruptcy Court
      200 S. Washington Street
      Alexandria, Virginia 22314-5405

\10211959.1

[x]   You must also serve a copy of any written response by the foregoing date on the following:

| | |
|---|---|
| John McGinley, Jr.<br>McGinley, Elsberg & Hutcheson, P.L.C.<br>627 South Washington Street<br>Alexandria, VA 22314<br>Tel: 571.970.5426<br>Fax: 571.970.6333<br>Email: jmacjrlaw@aol.com | United States Trustee, Region 4<br>Attn:  Jack I. Frankel<br>115 South Union St., Suite 210<br>Alexandria, Virginia 22314 |

*Chapter 11 Trustee*

[X]   Attend the hearing on the Amended Disclosure Statement on **October 18, 2011, at 11:00 a.m. (EST),** at the United States Bankruptcy Court, Courtroom I, 200 S. Washington Street, Alexandria, Virginia 22314.

**If no Objection is made to the Motion To Sell Joint Personal Property and Motion To Reduce Time for that Motion, and is timely filed and properly served, the Court may not hold a hearing on the Motion To Reduce Time and Motion To Sell Joint Personal Property and they may be granted without any further notice or hearing.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the matters contained in the Motion To Sell Joint Personal Property and Motion To Reduce Time filed by the Chapter 11 Trustee and may enter an order granting the relief requested by those Motions filed by the Trustee.

Dated: October 3, 2011                     Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　__/S/_ John F. McGinley Jr._____
　　　　　　　　　　　　　　　　　　　　　　John McGinley, Jr.
　　　　　　　　　　　　　　　　　　　　　　McGinley, Elsberg & Hutcheson, P.L.C.
　　　　　　　　　　　　　　　　　　　　　　627 South Washington Street
　　　　　　　　　　　　　　　　　　　　　　Alexandria, VA 22314
　　　　　　　　　　　　　　　　　　　　　　Tel:  571.970.5426
　　　　　　　　　　　　　　　　　　　　　　Fax:  571.970.6333
　　　　　　　　　　　　　　　　　　　　　　Email:  jmacjrlaw@aol.com

*Chapter 11 Trustee*

`